Dismissed and Memorandum Opinion filed October 25, 2007








Dismissed
and Memorandum Opinion filed October 25, 2007.

 

 

In The

 

Fourteenth Court of
Appeals

____________

 

NO. 14-07-00655-CV

____________

 

PULMOSAN SAFETY EQUIPMENT CORPORATION, Appellant

 

V.

 

JOHN S. MOORE, ET AL., Appellees

 



 

On Appeal from the
295th District Court

Harris County,
Texas

Trial Court Cause
No. 2005-58856

 



 

M E M O R A N D U M   O P I N I O N

This is
an accelerated appeal from an order denying appellant=s special appearance signed July 13,
2007.  The trial court granted appellant=s motion for reconsideration and
granted its special appearance on September 24, 2007.  On October 4, 2007,
appellant filed a motion to dismiss the appeal because it has been rendered
moot.  See Tex. R. App. P. 42.1. 
The motion is granted.

Accordingly,
the appeal is ordered dismissed.

PER
CURIAM

Judgment rendered and Memorandum Opinion filed October
25, 2007.

Panel consists of Chief Justice Hedges and Justices
Anderson and Seymore.